# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AVIDAN MACAL JUAREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:25-cv-02092-SHL-tmp |
| ) | |
| WARDEN C. HARRISON, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Avidan Macal Juarez's Pro Se Petition (ECF No. 2), filed January 28, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Respondent's Motion to Dismiss, Dismissing § 2241 Petition With Prejudice, Certifying That Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed *In Forma Pauperis* on Appeal (ECF No. 9), filed January 27, 2026, all claims by Petitioner against Respondent are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 27, 2026
Date